914

No. 1028. STASSEN FOR PRESIDENT CITIZENS COMMITTEE *v.* JORDAN, SECRETARY OF STATE OF CALIFORNIA. The motions of Janice C. Herrera and Thomas N. Burbridge, Jr. for leave to file briefs, as *amici curiae,* are granted. Petition for writ of certiorari to the Supreme Court of California denied. THE CHIEF JUSTICE, MR. JUSTICE DOUGLAS and MR. JUSTICE GOLDBERG dissent. Opinions may be filed in due course. [See *post,* p. 927.] *John Lord O'Brian, Newell W. Ellison* and *Daniel M. Gribbon* for petitioner. *Richard G. Logan* on the motion for Herrera. *Allan Brotsky* on the motion for Burbridge.

APRIL 27, 1964.

No. 1014, Misc. KREPEL *v.* HEINZE, WARDEN. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied. Petitioner *pro se.* *Stanley Mosk,* Attorney General of California, and *Doris H. Maier,* Assistant Attorney General, for respondent.

No. 1250, Misc. TAYLOR *v.* WILSON, WARDEN. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.